```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
PERCY J DAMAS, *et al.*  :
:
:
Plaintiffs, :
:   1:23-cv-1370-GHW
-against- :
:   ORDER
OIL CREEK PLASTICS INC, :
:
Defendant. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 14, 2023, Plaintiffs' counsel filed discovery information on the docket of this case. As the Court noted in an April 15, 2023 order, that failed to comply with the Federal Rules of Civil Procedure and the ECF Filing Rules, and was particularly problematic in this instance because it contained personal identifying information of one of the Plaintiffs. Dkt. No. 11. The Court accordingly gave Plaintiffs' counsel the opportunity to request that the filing be "stricken or sealed in part if that was an oversight." *Id.* On April 17, 2023, Plaintiffs' counsel responded by requesting that the information be stricken or sealed in part. Dkt. No. 12. The Court construes that letter as a request to strike, and given the sensitive nature of the information filed on the docket, will strike the discovery information filed by Plaintiffs' counsel.

The Clerk of Court is directed to strike the filings contained at Dkt. No. 10.

SO ORDERED.

Dated: April 18, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge