USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                        :

PERCY J DAMAS, *et al.*                          :

                                                        Plaintiffs,  :              1:23-cv-1370-GHW

                -against-                      :                    <u>ORDER</u>

OIL CREEK PLASTICS INC,              :

                              Defendant.  :

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated February 21, 2023, Dkt. No. 5, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than April 18, 2023. The Court has received the proposed case management plan, Dkt. No. 14, but not the joint letter. The parties are directed to comply with the Court's February 21 order forthwith and in any event no later than April 21, 2023.

SO ORDERED.

Dated: April 19, 2023
       New York, New York

                                                                GREGORY H. WOODS
                                                             United States District Judge