USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                       :

PERCY DAMAS, *et al.*,                 :
                                        :

                    Plaintiffs,    :              1:23-cv-1370-GHW
                                          :

                      -v —            :                 <u>ORDER</u>
                                          :

OIL CREEK PLASTICS, INC.,          :
                     Defendant.    :
                                          :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       For the reasons discussed on the record at the November 14, 2023 conference, Defendant's

request at Dkt. No. 25 for an extension of the deadline to complete expert discovery is denied.  The

deadline for the parties to complete expert discovery remains November 28, 2023.  The parties are

reminded that all remaining deadlines in the case management plan and scheduling order at Dkt. No.

17 remain in full force and effect.

       SO ORDERED.

Dated: November 14, 2023
        New York, New York

                                     _____
                                          GREGORY H. WOODS
                                    United States District Judge