```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
PERCY J DAMAS, *et al.*,                                       :
                                                               :
                                    Plaintiffs,                :    1:23-cv-01370-GHW
                                                               :
                  -v-                                          :            ORDER
                                                               :
OIL CREEK PLASTICS INC, *et al.*,                              :
                                                               :
                                    Defendants.                :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    During the teleconference held on the record on September 19, 2024, counsel for Plaintiff represented that the parties had reached a settlement in principle in this matter. The parties are directed to file a letter updating the Court on the status of the case.

    SO ORDERED.

Dated: September 23, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge